UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EBONY D. WALKER,

    Plaintiff,

vs.

MEGAN KELLY JOYCE, *et al.*,

    Defendants.

Case No. 3:15-cv-136

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 8)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on July 21, 2015 (Doc. 8) is **ADOPTED** in full; and

2. Defendants' motion for an entry of default (Doc. 7) is **DENIED**.

Date: 8-18-15

                                               WALTER H. RICE
                                         UNITED STATES DISTRICT JUDGE