UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EBONY D. WALKER,

    Plaintiff,

vs.

MEGAN KELLY JOYCE, *et. al.,*

    Defendants.

Case No. 3:15-cv-136

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

### ORDER TO SHOW CAUSE

This case is presently before the Court following the undersigned's March 23, 2016 Order, doc. 19, granting *pro se* Plaintiff Ebony D. Walker's ("Walker") motion for an extension of time, doc. 18, to respond to the pending Report and Recommendation, doc. 17.  The undersigned ordered the Clerk to mail the Order to Walker at his address of record, *i.e.*, 5540 Autumn Leaf Drive, Apt. 5, Trotwood, Ohio 45426.[1]  Doc. 19 at PageID 82.  However, that mailing was returned to the Clerk as undeliverable on April 12, 2016.  Doc. 20.  The envelope was stamped "Return to Sender, Attempted - Not Known, Unable to Forward, Return to Sender." *Id.*  Walker has failed to provide the Court with his current address.

Walker is therefore **ORDERED TO SHOW CAUSE**, in writing, on or before **APRIL 25, 2016**, why this case should not be dismissed for failure to prosecute.  *See Barber v. Runyon*, No. 93–6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994) (explaining that a *pro se* litigant has a duty to supply the court with notice of any and all changes in his address); *see also White v. City of Grand Rapids,* 34 F. App'x 210, 211 (6th Cir. 2002) (affirming dismissal of a *pro se*

---

[1] The Court notes that Walker listed his address as "5540 Autumn Leaf Drive, Apt. 5, Trotwood, Ohio 45426" in his March 18, 2016 motion.  Doc. 18 at PageID 80.

complaint for want of prosecution because the plaintiff failed to keep the Court apprised of his current address). Walker is **ADVISED** that his failure to show good cause, in writing, on or before **APRIL 25, 2016**, may result in dismissal of this case.

    **IT IS SO ORDERED.**


Date:   April 15, 2016                        *s/ Michael J. Newman*
                                                        Hon. Michael J. Newman
                                                        United States Magistrate Judge